IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SANTARUS, INC. and<br>VELOXIS PHARMACEUTICALS A/S,<br><br>      Plaintiffs,<br><br>v.<br><br>MYLAN INC. and MYLAN<br>PHARMACEUTICALS INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 13-145 (RGA)<br>)<br>)<br>)<br>) |
| MYLAN PHARMACEUTICALS INC.,<br><br>      Counterclaimant,<br><br>v.<br><br>SANTARUS, INC. and<br>VELOXIS PHARMACEUTICALS A/S,<br><br>      Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A)(ii) and Federal Rule 41(c), IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above entitled action by their attorneys, that:

1.    The complaint by Plaintiffs against Mylan Inc. and Mylan Pharmaceuticals Inc. is dismissed without prejudice.

2.    The counterclaims by Mylan Pharmaceuticals Inc. against Plaintiffs are dismissed without prejudice; and

3.    Each party shall bear its own costs, attorneys' fees and expenses incurred in connection with the claims dismissed by this order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

---

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302)658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs Santarus, Inc. and*
*Veloxis Pharmaceuticals A/S*

September 9, 2015

MORRIS JAMES LLP

*/s/ Mary B. Matterer*

---

Mary B. Matterer (#2696)
Richard K. Herrmann (#405)
500 Delaware Avenue. Suite 1500
Wilmington, DE 19801
(302) 888-6800
mmatterer@morrisjames.com
rherrmann@morrisjames.com

*Attorneys for Defendants Mylan*
*Pharmaceuticals, Inc. and Mylan Inc.*

SO ORDERED this **10** day of September 2015.

*Richard G. Andrews*

The Honorable Richard G. Andrews